# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE J.D., <br><br> Plaintiff, <br><br> v. <br><br> ARCHBISHOP TIMOTHY BROGLIO, et al., <br><br> Defendants. | Case No. 25-cv-06289-JSC <br><br> **ORDER RE: SUPPLEMENTAL BRIEFING** |

Pending before the Court is the Archdiocese for the Military Services' and Archbishop Timothy Broglio's ("AMS Defendants") motion to dismiss for lack of personal jurisdiction and failure to state a claim upon which relief can be granted. (Dkt. No. 11.) In response, and in the alternative to the Court denying the motion, Plaintiff asserts the Court should transfer the action to the U.S. District Court for the Eastern District of California, the Southern District of New York, or the District of Columbia. (Dkt. No. 24.) *See Werner v. Dowlatsingh*, 818 Fed. App'x 671, 674 (9th Cir. 2020) ("A district court lacking personal jurisdiction over the defendant may transfer the case to a district court where the case 'could have been brought.'" (quoting 28 U.S.C. § 1406(a))). AMS Defendants' reply does not address this issue. Accordingly, AMS Defendants should file a brief responding to this issue by October 7, 2025. By October 14, 2025, Plaintiff may file a reply. Neither brief may exceed 5 pages.

In light of this supplemental briefing, the Court also reschedules the October 2, 2025 hearing to October 23, 2025 at 10:00 a.m.

\\
\\

1    **IT IS SO ORDERED.**

2    Dated: September 29, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge